BENJAMIN MINDLIN, Respondent, v. THE DRUGGISTS CIRCULAR, INC., Appel-

lant.— Judgment modified by reducing amount thereof as entered to the sum of $3,237, and as so modified the judgment and order appealed from affirmed, without costs. No opinion. Present — Dowling, Merrell, McAvoy and Martin, JJ.